United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-2 |
| | § | |
| TACOS EL CHAPARRO, INC. *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's motion for final default judgment (Dkt. No. 16) which was referred to U.S. Magistrate Judge Christopher dos Santos for a report and recommendation. On October 12, 2023, Judge dos Santos issued the report and recommendation on Plaintiff's motion (Dkt. No. 18) recommending that the motion for final default judgment be granted and that Plaintiff be awarded: $2,190 in statutory damages, $6,570 in enhanced damages, $2,625 in attorney fees, $984.25 in costs, and postjudgment interest at the federal judgment rate. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the report and recommendation for clear error. Finding no clear error, the Court adopts the report and recommendation in its entirety. Accordingly, Plaintiff's motion for final default judgment (Dkt. No. 16) is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff Joe Hands Promotions, Inc. is awarded statutory damages in the amount of $2,190.

**IT IS FURTHER ORDERED** that Plaintiff Joe Hands Promotions, Inc. is awarded enhanced damages in the amount of $6,570.

**IT IS FURTHER ORDERED** that Plaintiff Joe Hands Promotions, Inc. is awarded attorney fees in the amount of $2,625.

**IT IS FURTHER ORDERED** that Plaintiff Joe Hands Promotions, Inc. is awarded costs in the amount of $984.25.

**IT IS FURTHER ORDERED** that Plaintiff Joe Hands Promotions, Inc. is awarded postjudgment interest on the above at a rate of 5.41% *per annum*.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth above, final judgment is hereby **ENTERED** for Plaintiff Joe Hands Promotions, Inc.

It is so **ORDERED**.

**SIGNED** November 7, 2023.

Marina Garcia Marmolejo
United States District Judge